MURRAY APFELBAUM, INCORPORATED, A CORPORATION, APPELLANT, v. KALMAN BERNSTEIN, TRADING AS K. BURNS & SONS, RESPONDENT.

Submitted February 17, 1928—Decided May 14, 1928.

For the appellant, *Israel B. Greene*.

For the respondent, *Osborne, Cornish & Scheck*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Dungan in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 16.

*For reversal*—None.